| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Floyd, Henry F. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Fourth Circuit | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/1/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>201 Magnolia Street<br>Spartanburg, SC 29306 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | S.C. Judges and Solicitors Retirement System, retirement fund payable upon retirement at age 55 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Judges & Solicitors Retirement System - retirement | $99,926.00 |
| 2. | 2018 | Wofford College, teaching income | $5,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pace University School of Law | 2/23/2018 - 2/25/2018 | White Plains, NY | Judge Moot Court finals | Travel, food, lodging |
| 2. | Case Western University School of Law | 4/6/2018 - 4/8/2018 | Cleveland, OH | Judge Moot Court finals | Travel, food, lodging |
| 3. | South Carolina Association for Justice | 8/2/2018 - 8/5/2018 | Hilton Head, SC | Annual meeting | Registration, lodging, food |
| 4. | North Carolina Bar | 10/11/2018 - 10-13/2018 | Asheville, NC | Speak at CLE | travel, lodging, food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | A | Dividend | K | T | | | | | |
| 2. South State Bank account (formerly SCBT) | A | Interest | L | T | | | | | |
| 3. New York Life - Variable Universal Life Policy (H) | | | | | | | | | |
| 4. -MainStay VP Capital Appreciation | B | Dividend | K | T | | | | | |
| 5. -MainStay VP High Yield Corp. Bond | B | Dividend | K | T | | | | | |
| 6. SunTrust Bank Accounts | A | Interest | L | T | | | | | |
| 7. Pickens County, SC inherited/gifted real estate | | None | P1 | S | | | | | See Part VIII |
| 8. First Citizens Bank account | A | Interest | J | T | | | | | |
| 9. AMERIPRISE BROKERAGE NQ (H) | | | | | | | | | |
| 10. -COLUMBIA BALANCED CL C | A | Dividend | J | T | | | | | |
| 11. -AMERIPRISE INSURED MONEY MARKET(X) | A | Int./Div. | J | T | | | | | |
| 12. AMERIPRISE IRA #3 (H) | | | | | | | | | |
| 13. -Investrust REIT | A | Dividend | J | T | | | | | |
| 14. -AMERIPRISE INSURED MONEY MARKET(X) | A | Int./Div. | J | T | | | | | |
| 15. Ameriprise IRA Brokerage ADP (H) | | | | | | | | | |
| 16. -DELAWARE U S GROWTH INSTL CL | A | Dividend | | | Sold | 11/16/18 | J | | |
| 17. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | J | T | Buy (add'l) | 02/16/18 | J | | |
| 19. - ACTIVE PORTFOLIO MULTI MANAGER TOTAL RETURN BOND CL A | A | Dividend | J | T | | | | | |
| 20. - WELLS FARGO EMERGING MARKETS EQUITY INSTL CL | A | Dividend | J | T | Buy (add'l) | 08/16/18 | J | | |
| 21. --Active Portfolio Multi Manager Growth Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 22. --Active Portfolio Multi Manager Small Cap Equity Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 23. --Active Multi Manager Total Return Bond Mutual fund CL A | A | Dividend | J | T | | | | | |
| 24. --Active Portfolio Multi Manager Value Mutual fund CL A | A | Dividend | J | T | | | | | |
| 25. --MFS Intl Value Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 26. --Oppenheimer Intl Growth Mutual Fund CL A | A | Dividend | | | Sold | 05/22/18 | J | | |
| 27. --Prudential Jennison Mid Cap Growth Mutual Fund CL A | A | Dividend | | | Sold | 02/16/18 | J | | |
| 28. --Wells Fargo Emerging Markets Equity Mutual Fund CL A | A | Dividend | | | Sold | 02/16/18 | J | | |
| 29. --Active Portfolio Multi --Mgr directional Alt Mutual Fund A | A | Dividend | J | T | | | | | |
| 30. - DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 | A | Int./Div. | J | T | Buy | 12/26/18 | J | | |
| 31. - ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 32. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 33. - MULTI MANAGER GROWTH STRATEGIES CL Z | A | Dividend | J | T | Buy | 11/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 35. - MULTI MANAGER VALUE STRATEGIES CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 36. - PRUDENTIAL JENNISON MID CAP GROWTH CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 37. - WELLS FARGO SPECIAL MID CAP VALUE INSTL CL | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 38. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | | | Sold | 05/22/18 | J | | |
| 39. - MFS INTL VALUE CL I - SALE VS PURCHASE TRADE | A | Dividend | | | Sold | 05/22/18 | J | | |
| 40. - MFS VALUE CL I - SALE VS PURCHASE TRADE | A | Dividend | | | Sold | 11/16/18 | J | | |
| 41. - MULTI MANAGER DIRECTIONAL ALTERNATIVE STRATEGIES CL Z | A | Dividend | | | Sold | 02/16/18 | J | | |
| 42. - MULTI MANAGER GROWTH STRATEGIES CL Z | A | Dividend | | | Sold | 08/16/18 | J | | |
| 43. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL | A | Dividend | | | Sold | 11/16/18 | J | | |
| 44. - MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | | | Sold | 11/16/18 | J | | |
| 45. - MULTI MANAGER VALUE STRATEGIES CL Z | A | Dividend | | | Sold | 11/16/18 | J | | |
| 46. Ameriprise INHERITED IRA Brokerage ADP #2 (H) | | | | | | | | | |
| 47. -Dreyfus Money Market | A | Int./Div. | J | T | | | | | |
| 48. -NUVEEN SYMPHONY FLOATING RATE INCOME CL I | A | Dividend | | | Sold | 04/04/18 | J | | |
| 49. -ACTIVE PORTFOLIO MULTI MANAGER TOTAL RETURN BOND CL A | A | Dividend | | | Sold | 11/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -DELAWARE U S GROWTH INSTL CL | A | Dividend | | | Sold | 11/16/18 | J | | |
| 51. -ISHARES MSCI EAFE VALUE ETF | A | Dividend | | | Sold | 05/22/18 | J | | |
| 52. -American Century Mid Cap Value Mutual Fund A | A | Dividend | | | Sold | 04/04/18 | J | | |
| 53. -Blackrock High Yield Bond Investor Mutual Fund A | A | Dividend | | | | | | | |
| 54. -Blackrock Strategic Income Oppty Mutual Fund A | A | Dividend | | | Sold | 04/06/18 | J | | |
| 55. -Active Portfolio Multi Mgr Small Cap Equity Mutual Fund A | A | Dividend | | | Sold | 05/22/18 | J | | |
| 56. -Active Portfolio Multi Mgr Tot Return Bond Mutual Fund | A | Dividend | | | Sold | 11/16/18 | J | | |
| 57. -Tot Return Bond Mutual Fund A | A | Dividend | | | Sold | 11/16/18 | J | | |
| 58. -Active Portfolio Multi Mgr Growth Mutual Fund A | A | Dividend | | | Sold | 08/16/18 | J | | |
| 59. -Active Portfolio Multi Mgr Value Mutual Fund A | A | Dividend | | | Sold | 11/16/18 | J | | |
| 60. -Active Portfolio Multi Mgr directional Mutual Fund A | A | Dividend | | | Sold | 02/15/18 | J | | |
| 61. -MFS Intl Value Mutual Fund A | A | Dividend | | | Sold | 05/22/18 | J | | |
| 62. -MFS Value Mutual Fund A | A | Dividend | | | Sold | 11/16/18 | J | | |
| 63. -Oppenheimer Intl Growth Mutual Fund A | A | Dividend | | | Sold | 05/22/18 | J | | |
| 64. -Prudential Jennison Mid Cap Growth Mutual Fund A | A | Dividend | | | Sold | 04/06/18 | J | | |
| 65. -Wells Fargo Emerging Markets Equity Mutual Fund A | A | Dividend | | | Sold | 04/06/18 | J | | |
| 66. -Activ Portfolio Multi Mgr Core Plua Mutual Fund A | A | Dividend | | | Sold | 04/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. - AMERICAN CENTURY MID CAP VALUE INVESTOR CL | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 68. - BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 69. - DELAWARE U S GROWTH INSTL CL | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 70. - ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 71. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 72. - MFS INTL VALUE CL I | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 73. - MFS VALUE CL I | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 74. - MULTI MANAGER GROWTH STRATEGIES CL Z | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 75. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 76. | | | | | Sold | 11/16/18 | J | | |
| 77. - MULTI MANAGER SMALL CAP EQUITY STRATEGIES CL Z | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 78. - MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 79. - MULTI MANAGER VALUE STRATEGIES CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 80. - OPPENHEIMER INTL GROWTH CL Y | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 81. - PRUDENTIAL JENNISON MID CAP GROWTH CL Z | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 82. - WELLS FARGO EMERGING MARKETS EQUITY INSTL CL | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 83. - WELLS FARGO SPECIAL MID CAP VALUE INSTL CL | A | Dividend | J | T | Buy | 04/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Sold | 11/16/18 | | | |
| 85. Ameriprise SPS (H) | | | | | | | | | |
| 86. - AMERIPRISE INSURED MONEY MARKET NOT SIPC INSURED | A | Int./Div. | J | T | Buy | 04/04/18 | J | | |
| 87. - NUVEEN INTERM DURATION MUN BOND CL I | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 88. - JOHN HANCOCK INTL GROWTH CL I | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 89. - COLUMBIA OVERSEAS VALUE INSTL CL | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 90. - BLACKROCK STRATEGIC MUN OPPTYS INSTL CL | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 91. - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 92. - SECTOR HEALTHCARE SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 93. - ISHARES RUSSELL 3000 ETF | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 94. - ISHARES TECHNOLOGY ETF | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 95. Midland National Executive Universal Life 2A | A | Int./Div. | J | T | | | | | See Part VIII |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 95 --- Filer requested investment information from insurance company. I was advised that there is no investment option for policy holder. The interest earned on the premiums is paid by Midland National.

Part VII, Line 8 --- Assessed value $1,500,000.00. Filer's interest is one-fourth of total value shown.

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Henry F. Floyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544